IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES JOHNSON, III                                                                                      PLAINTIFF
ADC #40908

v.                                           NO. 4:14CV00112 JLH

BALDING, *et al*.                                                                                      DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 24th day of April, 2014.

_____
UNITED STATES DISTRICT JUDGE